SAWYER & LABAR LLP
IVO LABAR, State Bar No. 203492
*labar@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

Attorneys for Plaintiffs
ELAINE YANG and
TIFFANY WANG

DENTONS US LLP
SONIA R. MARTIN (Bar No. 191148)
*sonia.martin@dentons.com*
LYNDY CHANG STEWART (SBN 196455)
*lyndy.stewart@dentons.com*
1999 Harrison Street, Suite 1210 Oakland,
California 94612
Telephone: (415) 882 5000
Facsimile: (415) 882 0300

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ELAINE YANG, an individual; TIFFANY WANG, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY dba NATIONWIDE, an Ohio corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 4:24-cv-04015-JST <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)** <br><br> Hon. Jon S. Tigar |

# STIPULATION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs Elaine Yang and Tiffany Wang ("Plaintiffs") and Defendant Nationwide Mutual Insurance Company ("Defendant"), through their designated counsel, that the above-captioned action be and hereby is dismissed *without* prejudice pursuant to FRCP 41(a)(1) so that the parties can pursue the insurance policy's appraisal provision and continue the adjustment and resolution of the ongoing claims process.

DATED: November 6, 2024            SAWYER & LABAR LLP


                                   By:    */s/ Ivo Labar*
                                          Ivo Labar
                                          Attorneys for Plaintiffs
                                          ELAINE YANG and
                                          TIFFANY WANG

DATED: November 6, 2024            DENTONS US LLP


                                   By:    */s/ Lyndy Chang Stewart*
                                          Sonia R. Martin
                                          Lyndy Chang Stewart
                                          Attorneys for Defendant
                                          NATIONWIDE MUTUAL INSURANCE
                                          COMPANY dba NATIONWIDE

Pursuant to L.R. 5-1(i)(3), I, Lyndy Chang Stewart, attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing content and have authorized the filing.

DATED: November 6, 2024

                                          */s/ Lyndy Chang Stewart*
                                          Lyndy Chang Stewart

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

**[PROPOSED] ORDER**

The Court has reviewed the Stipulation For Dismissal of Action without Prejudice Pursuant to FRCP 41(a)(1) (the "Stipulation").

The Parties' Stipulation requesting dismissal, without prejudice, is hereby GRANTED.

IT IS SO ORDERED.

DATED: November 7, 2024

_____
HON. JON S. TIGAR
United States District Judge